# United States v. Connelly
## 21 CR 00719-1-TWR
### (Sentencing Exhibits)

1. Letter from Serena's Parents

2. Letter from family friend and attorney, Sam Coleman

3. Letter from Julie Knochemaus (parental aunt)

4. Letters from Serena's four siblings

5. Letter from Stephanie Hutchinson (family friend)

6. Letter from Rachel McCrary (family friend)

7. Letter from Jacob Fleming  (friend)

8. Letter from Jeffrey Thayer ( family friend)

9  Letter from the Otts (friends)

To the Honorable Todd W. Robinson:

As Serena's parents, we could hardly be more pleased that she is our daughter. Her kind, loving and smiling nature, along with her extraordinary work ethic and motivation to serve anyone within her circle of influence are some of her greatest characteristics. Serena is the middle child of 5 and the only extrovert who possesses an inherent acceptance of others.

We raised our children in country-like settings where Serena learned to appreciate nature, far from the concerns of urban challenges, and where neighbors were like family. We welcomed people into our home frequently, including friends, relatives, neighbors and acquaintances. My father, a US Airforce veteran, lived with us for many years, as he required health and cognitive care. Serena was nearly daily found playing Backgammon with Gramps or just holding his hand and talking or reading to him.

Serena completed high school in Illinois, earned her AA at Joliet Junior College in Welding Technologies. She subsequently followed the man she loved to Bremerton, WA where she was quickly hired on as a welder at a defense contractor on the USS Carl Vinson aircraft carrier. When her boyfriend was transferred late 2020 to San Diego, Serena followed and found herself another apartment while continuing as a welder for the same company, again on other US Navy ships. As a petite and hard-working welder, she became valued and highly regarded by her supervisors and peers. Not long after her arrival, her boyfriend ended their relationship and she found herself alone and stricken with an unfamiliar emptiness.

Serena has the rare characteristic of a relatively pure nature and accepts that people are predominantly well-intended, lacking a "worldly" wisdom, and she is gullible in the sense she has a lower innate ability to evaluate the motives of others. She worked 10-12 hours/day, 6 days/week, and had little time to socialize. During this pandemic, she yearned for fellowship, friendship and connection.

The events leading up to this situation, while not an excuse, gives light to the poor decision of falling prey to a coworker. These events include the sudden, unexpected death of a close family friend (only 2 days after being with him); the devastating break-up of her boyfriend who convinced her to move to San Diego (only 1 month after moving there); restricted social interaction and companionship (induced by the pandemic societal reaction); and geographically distanced from her loving family. As one who thrives on giving and being available for others, her heart and sunshine were broken and clouded, diminishing her ability to "be" and discern.

We have spent much of the last year in San Diego reaffirming our love and support to Serena, as have a select number of other caring family and friends. She often blames and berates herself as a way of accepting responsibility, and while she feared for our safety, her anxiety at the shipyard increased over time to the point she began to have absences for mental and physical illness. She was diagnosed with gastritis, followed by a kidney stone, which she eventually passed. These conditions are symptomatic of internalizing her stress and inability to fully articulate it. No longer able to function safely as a welder in the shipyard, she recently left that employ and now works at a call center talking with disabled US veterans to guide them through the intricacies of receiving their full benefits from the Veterans Health Administration. Resultantly, her mental and physiological well-being improved significantly.

The past year has been one of great personal suffering and bondage, whereby she finds it difficult to forgive herself. Nevertheless, she is still working and giving of herself to friends and

1-1

family as much as she is able. She has chosen to abide by all terms of her bond, and in the past couple of months, we have witnessed a maturity in her acceptance of her actions and its consequences. The punishment she inflicts on herself has produced the very effect that justice seeks to induce. We are very concerned about the impact custody will have on her emotional and physical health, and contraindicative of the commendable progress she has made and long that it would be respectfully considered.

We respect that laws and their related guidelines are essentially instruments designed to ensure justice and equilibrium in our society, and that the courts strive for an ideal of individual judgment in every case to shape a more thriving society. Serena has learned a difficult lesson about humanity and herself, and expresses willingness to accept her accountability for her poor choice. We could only hope that the exercise of judicial discretion considers Serena's unique character and beautiful spirit.

Respectfully,

*Michael and Joanne Connelly*

Michael and Joanne Connelly, Homer Glen, IL

LAW OFFICES
## COLEMAN, GLEDHILL, HARGRAVE, MERRITT & RAINSFORD
A PROFESSIONAL CORPORATION

129 E. TRYON STREET
P.O. DRAWER 1529
HILLSBOROUGH, NORTH CAROLINA 27278
919-732-2196
919-732-7997 FAX
www.hillsboroughnclaw.com

FROM THE DESK OF
SAMUEL E. COLEMAN
DIRECT DIAL: 919-732-1201
TRAFFIC/CRIMINAL: 919-732-1200
E-MAIL: scoleman@hillsboroughnclaw.com

February 27, 2022

Honorable Todd W. Robinson
United States District Court Judge
Southern District of California

Judge Robinson:

"'Will you walk into my parlour?' said a spider to a fly;' is the oft-used first line of Mary Howitt's 1829 poem that I believe is apropos to young Serena's actions in this case. As it is lengthy I have attached a copy in lieu of quoting it in its entirety.

I am Sam Coleman and I'm writing to you on behalf of Serena Connelly. I have practiced law here in Hillsborough, North Carolina since 1994 in both State and Federal courts. I write, not as a lawyer, but as a friend of Serena and her family. This is the first letter I have ever written to a court on behalf of a friend. Surprisingly I find it much harder to concisely write what I wish to convey for a friend than a client.

I understand and appreciate gravity of this case. I am familiar with the facts of this case and Serena's subsequent behavior. I will completely respect any and all decisions you make regarding Serena's sentencing.

I have known Serena's parents personally since they moved to North Carolina in 2005. I was with them in their home on many occasions and at the time was a part of the same Christian fellowship. Serena was a child then but given my friendship with her Dad we kept in touch after they moved from North Carolina.

Serena's inherited personality and upbringing in her very close-knit, ultra-protective family and narrow religious ideals left her unusually naive and susceptible to being easily taken advantage of. By this I do not mean these ideals are to blame for her actions. In days gone by unquestioning obedience to these things were the norm. In our broader society now, it seems, questioning everything is the norm. Who to believe is bewildering even to adults.

When Serena left home at 19 years old she was following a young Navy sailor whom she had met at one of their religious conventions. Her parents did not support these moves to Seattle and later San Diego and Serena's contact with them was almost non-existent. As her relationship with her boyfriend ended Serena developed friendships and habits that were unhealthy and left her questioning everything. Serena blames only herself for all of her decisions. Nevertheless, this was a point in her life when she was very vulnerable and led to her actions for which she is being sentenced.

When I first heard about Serena's case I was shocked and saddened. I have spoken with Serena many times over the past year. The first conversation or two were relatively short in duration and limited in large part to her case and the consequences of her guilty pleas. These calls quickly became lengthy conversations (in which Serena did most of the talking) wondering how someone her age who had been raised to value faith, honesty, loyalty, respect for the law could be enticed and ultimately persuaded to be involved in such a dangerous, criminal endeavor. Over time Serena realized she was lucky to have been caught at the border. She very well could have lost her life. Unlike the enticed, seduced fly in Mary Howitt's poem, Serena lived. She has a present and future in which her values can and will be the unquestioned foundation by which she lives.

These things I know. Serena's remorse for her actions is deep. Her acceptance of responsibility is honest. And her repentance for any and all deception or lying sincere. In my last conversation with her recently I asked her what it was that she would take from all of this moving forward. Her reply, "I will not cast my pearls before swine."

Respectfully,

Samuel E. Coleman

# The Spider And The Fly

*by Mary Howitt*

"Will you walk into my parlor?" said the spider to the fly;
"'Tis the prettiest little parlor that ever you may spy.
The way into my parlor is up a winding stair,
And I have many curious things to show when you are there."
"Oh no, no," said the little fly; "to ask me is in vain,
For who goes up your winding stair can ne'er come down again."

"I'm sure you must be weary, dear, with soaring up so high.
Well you rest upon my little bed?" said the spider to the fly.
"There are pretty curtains drawn around; the sheets are fine and thin,
And if you like to rest a while, I'll snugly tuck you in!"
"Oh no, no," said the little fly, "for I've often heard it said,
They never, never wake again who sleep upon your bed!"

Said the cunning spider to the fly: "Dear friend, what can I do
To prove the warm affection I've always felt for you?
I have within my pantry good store of all that's nice;
I'm sure you're very welcome - will you please to take a slice?"
"Oh no, no," said the little fly; "kind sir, that cannot be:
I've heard what's in your pantry, and I do not wish to see!"

"Sweet creature!" said the spider, "you're witty and you're wise;
How handsome are your gauzy wings; how brilliant are your eyes!
I have a little looking-glass upon my parlor shelf;
If you'd step in one moment, dear, you shall behold yourself."
"I thank you, gentle sir," she said, "for what you're pleased to say,
And, bidding you good morning now, I'll call another day."

The spider turned him round about, and went into his den,
For well he knew the silly fly would soon come back again:
So he wove a subtle web in a little corner sly,
And set his table ready to dine upon the fly;
Then came out to his door again and merrily did sing:
"Come hither, hither, pretty fly, with pearl and silver wing;
Your robes are green and purple; there's a crest upon your head;
Your eyes are like diamond bright, but mine are dull as lead!"

Alas, alas! how very soon this silly little fly,
Hearing his wily, flattering words, came slowly flitting by;
With buzzing wings she hung aloft, then near and nearer grew,
Thinking only of her brilliant eyes and green and purple hue,
Thinking only of her crested head. Poor, foolish thing! at last
Up jumped the cunning spider, and fiercely held her fast;
He dragged her up his winding stair, into the dismal den -
Within his little parlor - but she ne'er came out again!

And now, dear little children, who may this story read,
To idle, silly flattering words I pray you ne'er give heed;
Unto an evil counselor close heart and ear and eye,
And take a lesson from this tale of the spider and the fly.

2-3.



## Colonial Homes, Inc.

**A Supervised Living Environment**

**WALTER KNOCHENMUS**
Program Director
4866 Hwy. 31 N.
Brookston, MN 55711
(218) 453-5646
www.petersoncolonialhomes.com

**BRAD ECKEL**
Program Director
4723 Nygaard Rd.
Brookston, MN 55711
(218) 878-0642
www.petersoncolonialhomes.com

To the Honorable Judge Robinson:

As Serena Connelly's aunt, I have known her all her life and have been involved with and watched her grow up and mature over the years. One characteristic of Serena is that she has always had a heart for the older generation. She loved to write letters to older women who were 'shut in', go visit the disabled at the VA or nursing homes, and assist the crippled and infirmed.

I work daily at an assisted living facility where we house people with MI/CD issues. I have had many discussions with Serena about people who have made bad choices by involving drugs in their life. She totally understands this and has seen the results of bad choices, as she has visited the facility at various points in her life.

I have spent quality time with her in San Diego this past year, and am impressed with the maturity she demonstrates with her daily choices, unwavering from the conditions of her bond. She was extremely stressed with her continued work in the Navy shipyard, and recently transitioned from that tough work environment where she made a healthy wage, to a new job where she helps disabled American Veterans find services in their community to better their lives. During her first week at this new job, I asked her how it is going. She said "it's been a good week" with happy emoji's!! She is the happiest when serving others.

Thank you for your time and judgement,

*Julie Knochenmus*

Julie Knochenmus

257 Ratika Rd.

Esko, Minnesota 55733

B-1

To the Honorable Todd W. Robinson,

As the eldest of 4 girls, it is my honor to write this letter on behalf of my sister Serena. In all of our years together, I can confidently say she is one of the most genuine, kind, and supportive people I have ever known. Not only I, but everyone who knows Serena can attest to her loving personality and stellar character. Serena is the kind of person everyone wants as a best friend. She is the first one to compliment you on your outfit, the quickest to hold your hand when you're feeling scared, and the last one to leave your side when you're crying. As a child, I was always envious of her easy way of making friends, even in the nursing homes and hospitals when visiting elderly relatives and friends. In truth, I was envious of her soft spot- Serena has quite the soft spot for people without friends in the world. She and an elderly lady, Margaret, would cheer each other up by sending letters, photos, encouraging words, and scraps of news or poems of interest. I remember Serena crying all day when she got news of Margaret's passing. Serena has always been everyone's biggest supporter, in happy experiences and sad. She was the sister to burst into my room at 7am on my 17th birthday, carrying a tambourine and singing "Dancing Queen." She was also the sister who crawled into my bed to hold me the night after my first boyfriend and I broke up.

I have no doubt in my mind whatsoever that Serena has, since her arrest, considered deeply the consequences of her actions and I know she has shown, and will continue to show, herself as a citizen who follows every rule and tries to right the wrongs she got involved in. I sincerely hope that this letter has demonstrated in a small measure her character and that it will be considered as a positive factor when dealing with the results of her sentencing. - Jessia

---

As the 3rd sister, Serena and I grew up super close and all of us share a special bond that we're lucky to have, since I know many people are not close with their blood family. As the true middle child, Serena can get along with all of us. We moved to Illinois right before her last year of high school and she took me under her wing when I got to high school. She introduced me to her friends at lunch and let me, the introverted younger sister, join their group, which helped reduce my anxieties. But like you've already learned from this letter, she has a wonderful, outgoing, pleasant nature that can get along with anyone, and her spirit attracts people.

She is also always willing to give out some sisterly wisdom and advice; she demonstrates a type of therapeuticness. For example, whenever Sham or I have doubts or questions about relationships, uncomfortable situations, or even lack of self confidence, she is quick to give relevant advice based on her own experience, help us to think rationally and clearly, and encourage us. She has always been a source of support, not only to her siblings, but even to her parents because of her kind, patient, and generous nature. Although her actions are her responsibility, she has not been in a good head space since her messy breakup with a narcissistic man, and a cloudy head paired with naivety, and even fear influenced her actions. I hope you will take this into consideration.
-Julissa

4-1

As the youngest sister, I would just like to respectfully offer some insight of who Serena is as a person and her character overall. From as long as I can remember, Serena has always been a helpful older sister. She helped me with homework, advice about boys, and provided an example for me to follow along with the rest of my older siblings. She would take care of me and pick me up from after school activities.

As we got older, Serena became more of someone I looked up to. I remember I used to sleep in on the weekends, and then wake up to find that Serena had been up for hours already, sipping coffee, reading, and meditating. She also loved to spend time outside. One summer, she built a whole fire pit outside. I was amazed at her dedication to the project, and her ability to finish something she started. She helps me through relationships with friends and shows me how to be myself. I learned confidence from her. Everyone Serena met would compliment her on her bright energy. She was always quick to organize and host get-togethers for our friends in order to be around people more. Thank you for reading this letter. -Shara

As an older brother of five, I want to let you know that Serena is a gentle, thoughtful, and respectful sister. One of my best moments with her would be us siblings swimming in our pool at our NC house during the summer. She was always a smiley laughing kind of person. I would admit I do not have the best ideas for a joke, but for Serena; she was great at making jokes. I learned quite a bit from her. For example; welding. I've never been a welder, and she taught me some about it. I will always think about her and love her the same as the rest of my family. Thank you for reading this, and just know that she kept herself faithful through her rough times. -Chad

The Siblings: Jessia Keeney, Julissa Connelly, Shara Connelly, and Chad Connelly

4-2

24 January 2022

To The Honorable Todd W. Robinson:

I am writing regarding Serena Connelly who I have known since she was 6 weeks old. At the time, my family lived in Jacksonville, FL, and the Connellys lived in Valdosta, GA. The first time I saw Serena, she was just learning to smile, and I was tickled that she was smiling at me. I watched her grow up over the years as our families are very close. We both had children around the same time, and we always made a great effort to get together at least 2 to 3 times per year even though they moved several times for work.

Serena is tiny. She is the smallest child out of five, but she makes up for her smallness with her big heart. Serena is one of the kindest people I have ever known. She is genuine and loves people unconditionally. She trusts everyone and believes in the good in everyone, which has proven to be a disadvantage in this circumstance. I was devastated to hear this news, but I can understand how it happened, because Serena would literally give her shirt off her back to someone who needed it. I have heard this saying a lot over the years, but Serena is the only one I have ever truly known that really is that way.

In June of 2020, when Serena was living in Bremerton, WA, my late husband and I had the privilege of staying in her home for a few days on our way to Astoria, OR to ride the Oregon Coast Byway on bicycles. Serena gave up her bedroom for us and slept on the couch. While touring Seattle, a homeless woman came up to us, and I waved her away. I stood there ashamed, as I watched Serena, in the midst of Covid, put her arms around the woman and take her into a nearby coffee shop to purchase her whatever she wanted.

We did not rent a car while we were there, so she offered us hers to use, but to our delight, she went with us on the bike ride. She even gave us her best tent to use. Her blow up mat had a hole in it, and she ended up sleeping on the hard ground. I offered her mine, as she had been so gracious, but she refused. At one point on the trip, we went for a hike and had to cross a river near a waterfall. We took off our shoes, and her dad threw them all to the other side. One of her shoes did not make it and went over the edge. We hunted for it but could never find it. She hiked the last 3 miles with only one shoe, and although her foot was really sore, she did not complain once. That is just the way she is.

I love Serena dearly, and this past summer I went to visit her in San Diego. Once again, she gave up her room for me and slept on the couch. We had some good spiritual discussions as she has grown tremendously throughout this year. Serena was deceived, and in her naivety she believed she was helping someone out not causing harm.

I have always admired Serena's soft heart. I wish I could be more that way. I know she has learned a hard lesson, and although there will be consequences, I hope those consequences don't break her beautiful spirit.

Sincerely,

Stephanie Jean Hutchinson, RD, RDN
Jacksonville, FL

5-1

Rachel McCrary
Jacksonville, FL 32218

To Honorable Judge Todd Robinson:

I am currently a teacher in the inner-city schools of Jacksonville, Florida, and I would like to begin by stating that my relationship with Serena has been lifelong. For the past twenty-three years, I have considered her to be more like a sister, as close as we are. We have spent nearly every Summer, Thanksgiving, or Christmas together. I have a Bachelors Degree in Criminal Justice and I completely understand the seriousness of this situation, but ask that the court take into consideration Serena's kindness, generosity, caring and loving nature, and naivety.

In friendship, Serena has been incredibly trustworthy, dependable and self-sacrificing. It is evident to me, and anyone who meets her that she is willing to put all others needs before her own. On a recent visit to San Diego I made, I was able to witness her immense growth since her arrest in January of 2021. She has been an upright and wonderful addition to her community, and was even asked by her church to lead the music. I have witnessed her be a support for her friends and acquaintances, who expressed to me when I attended her church last month how grateful and encouraged they were that she was a faithful member. It is not only myself that feels constant love from Serena, I have seen her interact with strangers in ways that make it seem like she has known them for her whole life. I have witnessed her invite people she has just met for meals, offered them rides, and offered them monetary support. It is in Serena's nature to take care of anyone she meets, family, friends, and strangers alike.

Serena is an incredibly responsible and upstanding individual. Though I was shocked to hear of Serena's involvement with the courts, I know she is deeply remorseful and has accepted responsibility for her mistakes. I truly hope that the courts take this reference into consideration, and despite the current circumstances, are able to view Serena as the exceptionally great friend, honorable and kind individual, and loving person that she truly is.

Sincerely,

Rachel McCrary

6-1

24 JANUARY 2022

**To the Honorable Todd W. Robinson,**

I first met Serena 2 years ago when she visited Portland with her former boyfriend to visit Mount Hood. Her dad knew my dad, so he encouraged her to reach out to our family, and it happened that my brother and I could meet them for a dinner. We all visited and took a walk together, but it wasn't until April 2021 that I tried to reach out to her, knowing little to nothing of what was going on in her life. During the next few months, we kept in contact and then in July 2021 I started visiting her regularly to support her as I could, developed a mutual respect and interest, and subsequently fell in love with her.

Being around Serena almost daily since July 2021 has given me ample opportunity to see the real Serena. In this time, I have noticed that Serena seeks and loves to fill the place of need. When she hears of someone coming to town, she automatically offers to host them. She lives alone in a single bedroom apartment and has offered it to numerous family friends passing through San Diego, most notably a family of 5 visiting their son who just joined the Marine Corps in San Diego.

When invited to dinner at someone's house, Serena immediately makes herself useful by preparing the table and helping with the meal. And once dinner is over she is among the first to help clean up.

Earlier this year a man died leaving behind a wife and 3 teenagers. Since then she developed a friendship with his daughter who has struggled with loneliness and depression, keeping almost daily contact with her. She has gone to multiple funerals this last year, exuding empathy and comforting the relatives of the deceased even if she's only met them once. At one of the funerals, an older man lit up when she came to support him at his deceased mother's viewing. He then proceeded to introduce her to all his cousins, boasting about Serena's efforts with organizing get-togethers for the young couples and teenagers from church. Of her own volition, Serena collected phone numbers and organized holiday get togethers, game nights, and hymn sings for the last 5 months.

I haven't met a single 23 year-old woman with the same level of kind-hearted generosity and selflessness. Time and again I've watched her notice a need and offer help at personal cost even to strangers. To me these are all good reasons to love Serena.

Sincerely,


Jacob Fleming
Portland, OR


*Jacob Fleming*

7-1

To the Honorable Todd W. Robinson:

I am 41 years a full-time minister of the church that Serena's family has participated in since before Serena was born. I first met Serena and the Connelly family in 2010 and have been closely associated with them ever since, staying often with them in their home and participating in many of their family events and church functions. I have known Serena as a very active and engaged member of the church, a happy teenager, a diligent student and an excellent responsible employee. We knew her growing up and now also in her adult years.

We feel sorry this has happened to Serena and her family. It is so out of character for her to have gotten involved in this situation. It's been difficult for her family who are not familiar with this kind of experience because of the wholesome nature of their home life. Serena's parents and siblings are caring, responsible people. Her home life and upbringing have been ideal. Serena's innocent and caring nature toward us and others have always been excellent. I wish I knew how to better convey this to the court so that the court could discern what kind of person Serena is, and the kind of family that is bearing this heavy burden. Serena carries so much sorrow for this, and so does this beautiful family.

We very much appreciate and respect the laws of our land, and those of you who labor to be sure that people are abiding by them for the safety and protection of us all. In all cases, there would be differences that matter, and therefore, the severity of the application of the law may differ. My hope and prayer are that Serena's sincerity and good testimony in the years past of her life, and her naivety in this case would be righteously and fairly considered.

Sincerely,

*Jeffrey Thayer*
Jeffrey Thayer

8-1

01/31/2022

Honorable Todd W. Robinson,

    We are close friends of the Connelly's and have known Serena for her entire 22 years, as she was born in Valdosta, GA near us. We've seen her grow into an adult who treats others kindly and genuinely. All the years of knowing her she was compassed by many good friends. She embraces experiences with a passion, always looking forward to the next adventure-hiking, helping out, work, etc.

    After graduation, Serena voluntarily spent months at our home helping care for my mother who was afflicted with Alzheimer's, and we have felt both the strength and gentleness of her character. She selflessly sacrificed her time yet considered it an honor.

    Recently, we traveled to San Diego to spend time with Serena. It was refreshing to be with her and her mom, Jo, sister, Jessia, and her baby niece, Zaylee. We hiked local trails, visited the zoo, and sang hymns together. One of my favorite parts was watching her interactions with her niece. Serena is a natural born caretaker, perhaps it is because she was raised with 4 siblings, she has this calmness about her that radiates to those in her care.

    At the time of our trip, Serena was feeling incredibly hopeless and that there was no purpose to life. She was in a dark, desperate place. We wanted to help lift her spirits and take her mind off what is to come. We hoped to provide encouragement, but as it turns out, we were the ones who left encouraged. Despite what is coming her way, she somehow manages to find little glimpses of joy. She manages to choose life.

    I trust this letter reveals a portion of the goodness, value and integrity of Serena's character. If there is one deserving leniency, I know that Serena will never squander a second chance granted in mercy, to continue to live and serve as she does so well.

Respectfully,

Monte and Laurie Ott, Thomasville, GA

9-1